117 A.3d 246

**Brian C. MOORE, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

June 15, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of June, 2015, the Order of the Commonwealth Court is **AFFIRMED.**